EOD 1-7-02

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

02 JAN -4 PM 3:46

TEXAS EASTERN

BY Becca Ferrell

| | |
|---|---|
| **CYPRESS SEMICONDUCTOR CORPORATION** <br><br> v. <br><br> **PERICOM SEMICONDUCTOR CORPORATION** | CA No. 4:01CV227 |

### AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Joint Motion to Dismiss without Prejudice filed by the Plaintiff Cypress Semiconductor Corporation and Defendant Pericom Semiconductor Corporation. Having reviewed the parties' motion and finding it to be well-taken, the court hereby orders that all claims and causes of action in this matter are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

IT IS SO ORDERED, this 4th day of January 2002.

_____
UNITED STATES DISTRICT JUDGE

**Agreed:**

_____
M. Brett Johnson
Attorney for Plaintiff

_____
Clyde M. Siebman
Attorney for Defendant

90018538.doc



**ORDER OF DISMISSAL WITHOUT PREJUDICE** - Solo Page